## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL SPRENG,** | : | **CIVIL ACTION** |
| **Petitioner** | : | |
| | : | |
| **vs.** | : | **NO. 13-2904** |
| | : | |
| **SUPT. BRIAN THOMPSON, et al.,** | : | |
| **Respondents** | : | |

## O R D E R

**AND NOW,** this 8th day of February, 2017, upon careful and independent consideration of the petition for writ of *habeas corpus*, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED, in accordance with the accompanying Memorandum, that:

1.   Upon *de novo* review, the petitioner's Objections are OVERRULED.

2.   The petition for writ of *habeas corpus* is DENIED with prejudice.

3.   The Report and Recommendation is APPROVED and ADOPTED.

4.   There is no probable cause to issue a certificate of appealability.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.